1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9           IN THE UNITED STATES DISTRICT COURT FOR

10                THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  LENA BAKER                )
                              )    1:07-CV-754 AWI DLB
14                            )
            Plaintiff,        )    STIPULATION AND ORDER
15                            )
    vs.                       )
16                            )
    COMMISSIONER OF           )
17  SOCIAL SECURITY,          )
                              )
18          Defendant.        )
                              )
19

20       IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21  granted an additional extension of time, until February 15, 2008, in which to serve Plaintiff's

22  Confidential brief.  All remaining actions under the scheduling order filed, May 24, 2007, shall

23  proceed under the time limit guidelines set therein.

24  / /

25  / /

26  / /

27  / /

28

| | | |
|---|---|---|
| 1 | Dated:  January 20, 2008 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ.<br>Attorney for Plaintiff. |
| 3 | | |
| 4 | Dated: January 24, 2008 | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Donna M. Montano<br>(as authorized via facsimile/e-mail) |
| 7 | | DONNA M. MONTANO<br>Assistant Regional Counsel |

IT IS SO ORDERED.

Dated:  **January 29, 2008**          **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE