Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

LENA BAKER                          )
                                    )   1:07-CV-754 DLB
        Plaintiff,                  )
                                    )   STIPULATION AND ORDER TO DISMISS
vs.                                 )
                                    )
Commissioner of Social              )
Security,                           )
                                    )
        Defendant.                  )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on May 23, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: March 4, 2008                /s/ Sengthiene Bosavanh

                                    SENGTHIENE BOSAVANH, ESQ.
                                    Attorney for Plaintiff

Dated: March 6, 2008
                                    MCGREGOR SCOTT
                                    United States Attorney

                                    By: /s/ Donna Montano
                                    (as authorized via facsimile)
                                    DONNA MONTANO
                                    Assistant Regional Counsel

1                                     ORDER

2         The parties seek dismissal of this action.  Rule 41(a) of the Federal Rules of Civil

3  Procedure, in relevant part, reads:

4    an action may be dismissed by the plaintiff without order of court (i) by filing
     a notice of dismissal at any time before service by the adverse party of an
5    answer or of a motion for summary judgment, whichever first occurs, or (ii)
     by filing a stipulation of dismissal signed by all parties who have appeared in
6    the action. Unless otherwise stated in the notice of dismissal or stipulation,
     the dismissal is without prejudice, except that a notice of dismissal operates
7    as an adjudication upon the merits when filed by a plaintiff who has once
     dismissed in any court of the United States or of any state an action based on
8    or including the same claim.

9  Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

10  answer, by filing a written stipulation to dismiss signed by all of the parties who have

11  appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills

12  Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470,

13  1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is

14  properly filed or made in open court, no order of the court is necessary to effectuate

15  dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.   Because Plaintiff has

16  filed a stipulation for dismissal as to all parties that is signed by all parties who have made

17  an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii).

18         Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk

19  of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule

20  41(a)(1)(ii) Stipulation For Dismissal.

21

22  IT IS SO ORDERED.

23  Dated:    April 23, 2008                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE